McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY LABRECHE,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>            Defendant. | CASE NO. 2:03-CV-00028-PAN<br><br>STIPULATION AND [proposed]<br>ORDER RE CLARIFICATION OF<br>THE COURT'S MAY 17, 2005<br>MEMORANDUM OF DECISION |

   The parties to this action respectfully request that the Court issue the attached proposed order clarifying its May 17, 2005 Memorandum of Decision, regarding whether this case is reversed and remanded for further proceedings or for a grant of benefits. While it is felt that a reversal for further proceedings may be implied in the language of the decision, the Court's intent is not explicitly stated. The parties feel that a specific directive either to remand for further proceedings, or, if appropriate, for a grant of benefits, will serve to ensure proper effectuation of the Court's decision in this case without undue delay.

   The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

1

authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: June 27, 2005        /s/ Jesse S. Kaplan
                            JESSE S. KAPLAN
                            Attorney at Law

                            Attorney for Plaintiff

DATED: June 27, 2005        McGREGOR W. SCOTT
                            United States Attorney

                       By:  /s/ Bobbie J. Montoya
                            BOBBIE J. MONTOYA
                            Assistant U. S. Attorney

                            Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX
MARK WIN
Assistant Regional Counsel

Social Security Administration

## **ORDER**

Pursuant to the stipulation of the parties herein, the Memorandum of Decision issued May 17, 2005, is hereby clarified as follows:

The administrative decision in this case is hereby reversed and remanded for further proceedings consistent with the court's Memorandum of Decision.

SO ORDERED.

Dated:  June 29, 2005.

                             /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge